UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-150-FL(1)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER SEALING PROPOSED |
| ) | SEALED DOCUMENT |
| DEONTRAY TREMELL BRYANT, ) | |
| Defendant. ) | |

Before the Court for consideration is defendant Deontray Tremell Bryant's Motion to Seal Proposed Sealed Document, Docket Number 46. For good cause shown, the defendant's Motion is GRANTED.

It is therefore ORDERED that Docket Number 46 shall be and is hereby sealed.

SO ORDERED THIS __16th__ day of August 2019.

_____
The Honorable Louise W. Flanagan
United States District Judge