UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:17-CR-150-FL(1)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.   )<br>)<br>DEONTRAY TREMELL BRYANT, )<br>                    Defendant.    ) | ORDER  SEALING PROPOSED<br>SEALED DOCUMENT |

Before the Court for consideration is defendant Deontray Tremell Bryant's Motion to Seal Proposed Sealed Document, Docket Number 52. For good cause shown, the defendant's Motion is GRANTED.

It is therefore ORDERED that Docket Number 52 shall be and is hereby sealed.

SO ORDERED THIS __27th__ day of December 2019.

_____
The Honorable Louise W. Flanagan
United States District Judge